```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE J03-0013--CR (RRB)
               "USA V FRANCES ANN SHEAKLEY ET AL"
                   DEF 1.1 SHEAKLEY, FRANCES ANN

        Including terminated defendants, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
              Filed: 09/17/03
             Closed: 06/07/04
 No. of Defendants:  4
     MJ Case Number:
                AKA:
    Location status: U.S. Custody
         Trial date:
         Terminated: YES
  Needs interpreter: NO
  Counsel of record: Louis J. Menendez
                    227 7th Street
                    Juneau, AK 99801
                    907-586-5996
                    FAX 907-586-2206
                    Serve: YES
                     Type: CJA
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Frank V. Russo
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513
                    907-271-5071
                    FAX 907-271-3224
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 SHEAKLEY, FRANCES ANN
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846, 841(b)(1)(B) DRUG CONSPIRACY (F) | Terminated |
| 35 - 1 | 1-S | 21:846 and 841(b)(1)(B) DRUG CONSPIRACY (F) | Sentenced (128-1) |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET PARTY INFORMATION FOR CASE J03-0013--CR (RRB)
                          "USA V FRANCES ANN SHEAKLEY ET AL"
                              DEF 2.1 SHEAKLEY, RICHARD JR.

              Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
              Filed:  09/17/03
             Closed:  06/07/04
 No. of Defendants:  4
     MJ Case Number:
                AKA:
    Location status:  U.S. Custody
         Trial date:  02/17/04
         Terminated:  YES
  Needs interpreter:  NO
  Counsel of record:  Hugh W. Fleischer
                     310 K Street, Suite 200
                     Anchorage, AK 99501
                     907-264-6635
                     FAX 907-264-6602
                     Serve: YES
                      Type: CJA
                      Role: Appeal


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record:  Frank V. Russo
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513
                     907-271-5071
                     FAX 907-271-3224
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


 Counts re: DEF 2.1 SHEAKLEY, RICHARD JR.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 21:846, 841(b)(1)(B) DRUG CONSPIRACY (F) | Terminated |
| 35 -   1 | 1-S | 21:846 and 841(b)(1)(B) DRUG CONSPIRACY (F) | Sentenced (136-1) |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
           CRIMINAL DOCKET PARTY INFORMATION FOR CASE J03-0013--CR (RRB)
                       "USA V FRANCES ANN SHEAKLEY ET AL"
                         DEF 3.1 RIVERA-CAMPOS, GUILLERMO

           Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
              Filed:  09/17/03
             Closed:  06/07/04
 No. of Defendants:  4
     MJ Case Number:
                AKA:
    Location status:  U.S. Custody
         Trial date:
         Terminated:  YES
  Needs interpreter:  YES
   Counsel of record: Sue Ellen Tatter
                      Federal Public Defender
                      550 W. 7th Avenue, Suite 1600
                      Anchorage, AK 99501
                      907-646-3400
                      FAX 907-646-3480
                      Serve: YES
                       Type: FPD
                       Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Frank V. Russo
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513
                   907-271-5071
                   FAX 907-271-3224
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 3.1 RIVERA-CAMPOS, GUILLERMO
```

| Document   | Count   | Citation and Description                          | Disposition        |
|------------|---------|---------------------------------------------------|--------------------|
| 1 -  1 IND | 1       | 21:846, 841(b)(1)(B) DRUG CONSPIRACY (F)          | Terminated         |
| 35 -  1    | 1-S     | 21:846 and 841(b)(1)(B) DRUG CONSPIRACY (F)       | Dismissed (129-1)  |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET PARTY INFORMATION FOR CASE J03-0013--CR (RRB)
                           "USA V FRANCES ANN SHEAKLEY ET AL"
                             DEF 4.1 GONZALEZ-ALVARADO, OSCAR

               Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
              Filed:  09/17/03
             Closed:  06/07/04
  No. of Defendants:  4
     MJ Case Number:  A03-0254--MJ
                AKA:  PABLO JIMENEZ ALVARADO
    Location status:  U.S. Custody
         Trial date:  02/17/04
         Terminated:  YES
  Needs interpreter:  YES
  Counsel of record:  David R. Weber
                     Vasquez & Weber PC
                     943 W. 6th Avenue, Suite 132
                     Anchorage, AK 99501
                     907-279-9122
                     FAX 907-279-9123
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record:  Frank V. Russo
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513
                     907-271-5071
                     FAX 907-271-3224
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


  Counts re: DEF 4.1 GONZALEZ-ALVARADO, OSCAR
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 35 -   1 | 1-S | 21:846 and 841(b)(1)(B) DRUG CONSPIRACY (F) | Dismissed (125-1) |

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE J03-0013--CR (RRB)
                            "USA V FRANCES ANN SHEAKLEY ET AL"

                                    For all filing dates
```

   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
             Filed: 09/17/03
            Closed: 06/07/04
No. of Defendants: 4


| Document # | Filed | Docket text |
|---|---|---|
| NOTE -  1 | 09/17/03 | [Re: DEF 1] Issued WOA. |
| NOTE -  2 | 09/17/03 | [Re: DEF 2] Issued WOA. |
| NOTE -  3 | 09/17/03 | [Re: DEF 3] Issued WOA. |
| 1 - 1 | 09/17/03 | [Re: DEF 1-3] PLF 1 Indictment. |
| 2 - 1 | 09/17/03 | [Re: DEF 1-3] JDR Grand Jury Minutes re WOA to be issued re D1,2,3; Habeas ad Pros to follow re D1; no bail set re D1,2,3; in State Cust, Juneau, re D1. |
| 3 - 1 | 09/25/03 | [Re: DEF 1] PLF 1 motion (petition) for writ of habeas corpus ad prosequendum. |
| 4 - 1 | 09/25/03 | [Re: DEF 3] PLF 1 motion (petition) for writ of habeas corpus ad prosequendum. |
| NOTE -  4 | 09/26/03 | [Re: DEF 1,2] Issued: Writ H/C ad pros |
| 5 - 1 | 09/26/03 | [Re: DEF 1] PMP Order granting motion (petition) for writ of habeas corpus ad prosequendum. (3-1) cc: USA, USM, def w/USM cy |
| 6 - 1 | 09/26/03 | [Re: DEF 3] PMP Order granting motion (petition) for writ of habeas corpus ad prosequendum. (4-1) cc: USA, USM, def w/USM cy |
| 7 - 1 | 09/26/03 | [Re: DEF 1] PMP Minute Order re Arr set for 9/30/03 at 10:00 a.m. cc: USA, USM, USPO, F. Sheakley w/USM cy |
| 8 - 1 | 09/26/03 | [Re: DEF 3] PMP Minute Order re Arr set for 9/30/03 at 10:00 a.m. cc: USA, USM, USPO,m G. Rivera-Campos w/USM cy |
| NOTE -  5 | 09/29/03 | [Re: DEF 1,3] Issued: Proposed Trial Date Setting for Arr. |
| 9 - 1 | 09/30/03 | [Re: DEF 1] PMP Order of Detention Pending detention Hearing set for 10/3/09, 1:00 p.m. at Juneau. cc: USA, FPD, USM, USPO |
| 10 - 1 | 09/30/03 | [Re: DEF 3] PMP Order of Detention Pending detention Hearing set for 10/3/03, 1:00 p.m. at Juneau. cc: USA, FPD, USM, USPO |
| 11 - 1 | 09/30/03 | DEF 1 Financial Affidavit. |
| NOTE -  6 | 10/02/03 | [Re: DEF 1-2] Issued: Speedy Trial Notice to Judge Beistline. |
| 12 - 1 | 10/02/03 | [Re: DEF 1; 3] PMP Court Minutes [ECR Gala Nelson] re Arr on Indt hld 9/30/03; FPD to appoint CJA cnsl for D1; M. Geddes apptd for D3; defs pled not guilty; defs detained; det hrg set for 10/3/03 at 1:00 p.m.; cnsl advised of trial date 12/1/03; D1 to file waiver by 10/3 or MJ Pallenberg to recuse himself. cc: USA, FPD, FPD CJA CLerk, USM, USPO, Judge Beistline |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE J03-0013--CR (RRB)
                         "USA V FRANCES ANN SHEAKLEY ET AL"

                               For all filing dates

Document #     Filed       Docket text
_____     _____       _____

   13 -   1    10/02/03    [Re: DEF 1; 3] RRB Minute Order setting trial by jury for 12/1/03 at
                           8:30 a.m. and FPTC for 11/25/03 at 8:20 a.m. in a courtroom to be
                           determined at Anchorage, Alaska. cc: F. Russo, L. Menendez, M. Geddes,
                           USM, USPO, MJ Pallenberg, jury clerk

   14 -   1    10/03/03    [Re: DEF 1] PMP Order of Detention Pending Trial. cc: USA, cnsl, USM,
                           USPO

   15 -   1    10/03/03    [Re: DEF 3] PMP Order of Detention Pending Trial. cc: USA, FPD, USM,
                           USPO

   16 -   1    10/03/03    [Re: DEF 1] PMP Order regarding preparation for trial w/PTMs due
                           10/20/03; cnsl to meet by 10/10/03. cc: USA, cnsl

   17 -   1    10/03/03    [Re: DEF 3] PMP Order regarding preparation for trial w/PTMs due
                           10/20/03; cnsl to meet by 10/10/03. cc: USA, FPD

   18 -   1    10/03/03    [Re: DEF 1; 3] PMP Court Minutes [ECR: Gala Nelson] re detention hrg
                           held 10/3/03; defs detained. cc: USA, cnsl, USM, USPO

   19 -   1    10/06/03    [Re: DEF 3] RRB Order appointing Yolanda Salazar-Hobrough as trial
                           interpreter. cc: USA, L. Menendez, FPD, Finance, Interpreter

 NOTE -   7    10/09/03    [Re: DEF 2] USM Notice of Arrest; defendant arrested 10/8/03.

   20 -   1    10/09/03    [Re: DEF 2] PMP Order of Detention Pending detention Hearing set for
                           10/14/03, 2:00 p.m. at Juneau. cc: USA, FPD, USM, USPO

   21 -   1    10/09/03    [Re: DEF 2] PMP Order regarding preparation for trial; confer by
                           10/16/03; motions due 10/20/03. cc: USA, cnsl

   22 -   1    10/09/03    [Re: DEF 2] PMP Court Minutes [ECR Gala Nelson] re: arraignment on
                           indictment (held 10/9/03): CJA apptd and travel approved for detention
                           hrg set for 10/14/03, 2:00 p.m. at Juneau.  cc: USA, cnsl, USM, USPO

   23 -   1    10/09/03    [Re: DEF 2] PMP Court Minutes AMENDED to reflect correct trial date. cc:
                           USA, cnsl, USM, USPO, CJA clerk

   24 -   1    10/10/03    DEF 2 CJA appointment of David G. Arganian.

   25 -   1    10/14/03    [Re: DEF 2] Order setting conditions of release. cc: USA, D. Arganian,
                           USM, USPO

 NOTE -   8    10/15/03    [Re: DEF 2] Issued: Speedy Trial Notice to Judge Beistline.

   26 -   1    10/15/03    [Re: DEF 2] RRB Minute Order setting trial by jury for 12//03 at 8:30
                           a.m. in Juneau, Ak. and FPTC for November 25, 2003 at 8:30 a.m. in a
                           courtroom to be determined. cc: AUSA, FPD, L. Menendez, D. Arganian,
                           USM, USPO, MJ Pallenberg, jury clerk

   27 -   1    10/15/03    DEF 1 motion for continuance of motion deadline until 11/3/03 w/att aff.

   28 -   1    10/15/03    [Re: DEF 1] PMP Minute Order granting unopposed motion for continuance
                           of motion deadline until 11/3/03 (27-1). cc: USA, J. Willoughby

   29 -   1    10/16/03    [Re: DEF 2] PMP Court Minutes [ ECR Gala Nelson] re det hrg hld
                           10/14/03; def's oral mot for release w/cond's granted; bond set at
                           $10,000 unsec. cc: USA, D. Arganian, USM, USPO

ACRS: R_RDSDX              As of 12/27/05 at 09:10 AM by GARRY                      Page 2
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE J03-0013--CR (RRB)
                              "USA V FRANCES ANN SHEAKLEY ET AL"

                                    For all filing dates

Document #    Filed       Docket text

   30 -   1   10/16/03    [Re: DEF 2] PLF 1 Discovery Conference Certificate.

   31 -   1   10/16/03    [Re: DEF 1] PLF 1 Discovery Conference Certificate.

   32 -   1   10/16/03    [Re: DEF 3] PLF 1 Discovery Conference Certificate.

   33 -   1   10/20/03    DEF 2 Unopposed motion for continuance of motions due to 11/17/03 w/att
                          decl.

   34 -   1   10/20/03    DEF 3 Unopposed motion on shortened time to cont pretrial motions
                          deadline for 10 days to 2 weeks w/att aff.

   35 -   1   10/22/03    [Re: DEF 1-4] PLF 1 First Superseding Indictment.

 NOTE -   9   10/23/03    [Re: DEF 4] USM Notice of Arrest; defendant arrested 9/19/03 in Federal
                          Way, WA; def arrived in Anch 10/6/03.

   36 -   1   10/23/03    [Re: DEF 1-4] JDR Grand Jury Minutes re D2 on bond; no bail set re
                          D1,3,4; set for arr & notify USM re D1-4, In Fed cust (Juneau) re D1,3;
                          In Fed cust (Anch) re D4.

   37 -   1   10/23/03    [Re: DEF 4] Documents #2-16 transferred to J03-013 CR (RRB).

   38 -   1   10/23/03    [Re: DEF 1] Second Chair, CJA appointment of Julie Willoughby.

 NOTE -  10   10/24/03    [Re DEF 4] Issued: Proposed Trial Date Setting for Arr to CMC for USDJ.

   39 -   1   10/24/03    [Re: DEF 3] PMP Minute Order granting unopposed motion on shortened time
                          to cont pretrial motions deadline to 11/3/03 (34-1). cc: USA, FPD

   40 -   1   10/24/03    [Re: DEF 4] PMP Minute Order re Arr set for 10/27/03 at 9:30 a.m. before
                          MJ Roberts in Anchorage. cc: USA, B. Wonnell, USM, USPO, MJ Roberts

   41 -   1   10/24/03    [Re: DEF 1-3] PMP Minute Order re Arraignments set for 10/30/03 at 1:30
                          p.m. cc: USA, L. Menendez, D. Arganian, FPD, USM, USPO

   42 -   1   10/27/03    [Re: DEF 2] PMP Minute Order granting in part unopposed motion for
                          continuance of motions (33-1); PTM's due 11/3/03. cc: USA, D. Arganian

   43 -   1   10/27/03    [Re: DEF 4] JDR Court Minutes [ECR: Robin Carter] re Arr on SIndt hld
                          10/27/03; def pled not guilty; det cont as prev set; PTM's due 11/13/03;
                          trial set fro 12/1/03. cc: USA, T. Wonnell, USM, USPO, Judge Beistline.

   44 -   1   10/27/03    [Re: DEF 4] JDR Order regarding preparation for trial re cnsl to meet &
                          confer by 10/28/03; PTM's due 11/12/03. cc: USA, T. Wonnell

   45 -   1   10/27/03    [Re: DEF 1-4] (AMENDED) RRB Minute Order setting trial by jury for
                          12/1/03 at 8:30 a.m. in Juneau and FPTC for 11/25/03 at 8:20 a.m. in a
                          courtroom to be determined.  cc: F. Russo, L. Menendez, D. Arganian, M
                          Geddes, T. Wonnell, USM, USPO, MJ Pallenberg, jury clerk

   46 -   1   10/27/03    DEF 3 Attorney Substitution of Sue Ellen Tatter (FPD) for Mary C. Geddes
                          (FPD).

   47 -   1   10/30/03    [Re: DEF 1-3] PMP Court Minutes [ECR: Gala Nelson] re: Arr on
                          Superseding Indictment (held 10/30/03): defs 1-3 waived reading, pled
                          guilty; PTMs due 11/12/03; trial 12/1/03; def 2 cond of release remain
                          same; def 1 and def 3 detained. cc: USA, cnsl, USM, USPO, Judge

ACRS: R_RDSDX                As of 12/27/05 at 09:10 AM by GARRY                         Page 3
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE J03-0013--CR (RRB)
                              "USA V FRANCES ANN SHEAKLEY ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 48 - 1 | 11/04/03 | [Re: DEF 4] PLF 1 Discovery conference certificate. |
| 49 - 1 | 11/05/03 | DEF 2 Unopposed motion to continue the date for presentation of motions. |
| 49 - 2 | 11/05/03 | DEF 2 Unopposed motion to continue the date for trial. |
| 50 - 1 | 11/06/03 | [Re: DEF 1-4] RRB Minute Order re: a trial rescheduling conference is set for 11/20/03 at 9:00 a.m. in Courtroom #3 at Anchorage, Alaska. Defs and counsel located in Juneau or elsewhere may attend telephonically. cc: AUSA, L. Menendez, D. Arganian, S. Tatter, T. Wonnell, USM, USPO, MJ Pallenberg, JC |
| 51 - 1 | 11/06/03 | [Re: DEF 1] Return of WOA executed at Juneau, AK on 9/30/03. |
| 52 - 1 | 11/06/03 | [Re: DEF 3] Return of WOA executed at Juneau, AK on 9/30/03. |
| 53 - 1 | 11/12/03 | DEF 2 motion to dismiss count 1 of the Indt. |
| 53 - 2 | 11/12/03 | DEF 2 motion to suppress evidence of 588 grams of cocaine found after arrest . |
| 53 - 3 | 11/12/03 | DEF 2 motion to suppress any statements made by def. |
| 53 - 4 | 11/12/03 | DEF 2 motion to suppress mention at trial of a prior misd assault conviction of def. |
| 53 - 5 | 11/12/03 | DEF 2 motion to suppress testimony. |
| 53 - 6 | 11/12/03 | DEF 2 motion to sever def's trial from co-defendnats. |
| 53 - 7 | 11/12/03 | DEF 2 motion to suppress from evidence at trial any mention or evidence of prior connections. |
| 53 - 8 | 11/12/03 | DEF 2 motion to suppress from evidence at trial an anonymous tip from an AK Airlines employee. |
| 54 - 1 | 11/12/03 | DEF 4 joinder to DEF 2 motion to suppress evidence of 588 grams of cocaine found after arrest (53-2). |
| 55 - 1 | 11/12/03 | DEF 3 motion to suppress w/att memo & exhs. |
| 56 - 1 | 11/17/03 | [Re: DEF 3] PLF 1 Unopposed motion to continue deadline until 11/24/03 for filing response to defendant's motion to suppress. |
| 57 - 1 | 11/17/03 | [Re: DEF 2; 4] PLF 1 motion to strike R. Sheakley's PTM served on the gov 11/11. |
| 58 - 1 | 11/18/03 | DEF 3 Unopposed motion for order permitting withdrawal of suppression motion w/att aff. |
| 59 - 1 | 11/19/03 | [Re: DEF 3] PMP Minute Order granting unopposed motion to continue deadline until 11/24/03 for filing response to def's mot to suppress (56-1). cc: USA, FPD |
| 60 - 1 | 11/20/03 | [Re: DEF 3] PMP Minute Order granting unopposed motion for order permitting withdrawal of suppression motion (58-1); withdrawing motion to suppress (55-1). cc: USA, FPD |

Case 1:03-cr-00013-RRB    Document 161    Filed 09/17/2003    Page 9 of 16

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE J03-0013--CR (RRB)
"USA V FRANCES ANN SHEAKLEY ET AL"

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 61 | - 1 | 11/21/03 | [Re: DEF 1-4] RRB Court Minutes [ECR: Denali Elmore] Trial rescheduling conference held 11/20/03.  TBJ set 12/1/03 and FPTC set  11/25/03 are VACATED.  The TBJ is reset for 1/20/04 at 9:00 a.m. in Juneau and the FPTC is set for 1/13/04 at 8:30 in Anchorage. Parties may appear telephonically at the FPTC.  Court found excludable delay under section 3161 (h)(8)(A)(B), (h)(8)(B)(i), and (h)(8)(B)(ii).  cc: F. Russo, L. Menendez, D. Arganian, S. Tatter, T. Wonnell, USM, USPO, MJ Pallenberg |
| 62 | - 1 | 12/09/03 | [Re: DEF 2; 4] PMP Minute Order granting in part unopposed motion to continue the date for presentation of motions (49-1); PTM's due 12/29/03. oppos due 1/5/04, replies due 1/7/04; granting motion to strike R. Sheakley's PTMs served on the gov 11/11/04 (57-1); STRIKING motion to dismiss count 1 of the Indt (53-1), motion to suppress evidence of 588 grams of cocaine found after arrest (53-2), motion to suppress any statements made by def (53-3), motion to suppress mention at trial of a prior misd assault conviction of def (53-4), motion to suppress testimony (53-5), motion to sever def's trial from co-defendnats (53-6), motion to suppress from evidence at trial any mention or evidence of prior co (53-7), motion to suppress from evidence at trial an anonymous tip from an AK Airline (53-8); def Alvarado's joinder (54-1) is no longer before the court. cc: USA, D. Arganian, T. Wonnell |
| 63 | - 1 | 12/16/03 | [Re: DEF 2] PLF 1 Unopposed motion on shortened time to continue the trial date until 2/16/04. |
| 64 | - 1 | 12/17/03 | [Re: DEF 1-4] RRB Minute Order re: a telephonic status hearing will be held 12/22/03 at 9:00 a.m. in Courtroom #3.  Counsel and/or parties may appear telephonically.  cc: F. Russo, L. Menendez, D. Arganian, S. Tatter, T. Wonnell, USM, USPO, MJ Pallenberg |
| 65 | - 1 | 12/22/03 | [Re: DEF 1-4] RRB Court Minutes [ECR: Robin Carter] Status hearing held 12/22/03.  TBJ set for 1/20/04 and FPTC set for 1/13/04 are VACATED. TBJ is reset for 2/17/04 at 8:30 a.m. in Juneau and FPTC is reset for 2/10/04 at 8:30 a.m. in Anchorage. Court found excludable delay under section 3161 (h)(8)(B)(ii).  Counsel may appear telephonically at the fptc.  Pretrial motions are due 12/29/03.   cc: F. Russo, L. Menendez, D. Arganian, S. Tatter. T. Wonnell, USM, USPO, MJ Pallenberg, Jury Clerk |
| 66 | - 1 | 12/29/03 | DEF 2 motion to dismiss count one of the indictment w/att memo & exhs. |
| 66 | - 2 | 12/29/03 | DEF 2 motion to suppress evidence w/att memo & exhs. |
| 66 | - 3 | 12/29/03 | DEF 2 motion to suppress any statments made by defendant w/att memo & exhs. |
| 66 | - 4 | 12/29/03 | DEF 2 motion to suppress mention at trial of a prior misdemeanor assault conviction w/att memo & exhs. |
| 66 | - 5 | 12/29/03 | DEF 2 motion to compel the government to produce a Bill of Particulars w/att memo & exhs. |
| 66 | - 6 | 12/29/03 | DEF 2 motion to compel the government to produce grand jury transcripts w/att memo & exhs. |
| 66 | - 7 | 12/29/03 | DEF 2 motion to compel the government to produce information re Informants & Cooperating Witnesses w/att memo & exhs. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE J03-0013--CR (RRB)
                          "USA V FRANCES ANN SHEAKLEY ET AL"
```
```
                              For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 66 - 8 | 12/29/03 | DEF 2 motion to compel the govt to produce evidence that any govt witness is biased or prejudiced against the def w/att memo & exhs. |
| 66 - 9 | 12/29/03 | DEF 2 motion to compel the govt to produce evidence that any govt witness has engaged in any criminal act w/att memo & exhs. |
| 66 - 10 | 12/29/03 | DEF 2 motion to compel the govt to produce evidence that any witness is under investigation w/att memo & exhs. |
| 66 - 11 | 12/29/03 | DEF 2 motion to compel the govt to produce any Jenks Act material w/att memo & exhs. |
| 66 - 12 | 12/29/03 | DEF 2 motion to compel the govt to produce all statements &/or promises, express or implied, made to any govt witnesses, in exchange for their testimony w/att memo & exhs. |
| 67 - 1 | 01/05/04 | [Re: DEF 2] PLF 1 opposition to DEF 2's omnibus motions: motion to dismiss count one of the indictment (66-1), motion to suppress evidence (66-2), motion to suppress any statments made by defendant (66-3), motion to suppress mention at trial of a prior misdemeanor assault conviction (66-4), motion to compel the government to produce a Bill of Particulars (66-5), motion to compel the government to produce grand jury transcripts (66-6), motion to compel the government to produce information re Informants & Cooperating Witnesses (66-7), motion to compel the govt to produce evidence that any govt witness is biased or prejudiced against the def (66-8), motion to compel the govt to produce evidence that any govt witness has engaged in any criminal act (66-9), motion to compel the govt to produce evidence that any witness is under investigation (66-10), motion to compel the govt to produce any Jenks Act material (66-11), motion to compel the govt to produce all statements &/or promises, express or implied, made to any govt witnesses, in exchange for their testimony (66-12). |
| 68 - 1 | 01/08/04 | [Re: DEF 2] PMP Minute Order denying motion to compel the government to produce a Bill of Particulars (66-5), motion to compel the government to produce grand jury transcripts (66-6), motion to compel the government to produce information re Informants & Cooper (66-7), motion to compel the govt to produce evidence that any govt witness is biased (66-8), motion to compel the govt to produce evidence that any govt witness has engag (66-9), motion to compel the govt to produce evidence that any witness is under inves (66-10), motion to compel the govt to produce any Jenks Act material (66-11), motion to compel the govt to produce all statements &/or promises, express or (66-12). cc: USA, D. Arganian |
| 69 - 1 | 01/08/04 | Initial R&R re: DEF 2 motion to dismiss count one of the indictmentbe DENIED. (66-1). Objections due 01/15/04. Reply due 01/22/04. cc: USA, cnsl, Judge |
| 69 - 2 | 01/08/04 | Initial R&R re: DEF 2 motion to suppress evidence be DENIED. (66-2). Objections due 01/15/04. Reply due 01/22/04. cc: USA, cnsl, Judge |
| 69 - 3 | 01/08/04 | Initial R&R re: DEF 2 motion to suppress any statments made by defendant be DENIED. (66-3). Objections due 01/15/04. Reply due 01/22/04. cc: USA, cnsl, Judge |
| 69 - 4 | 01/08/04 | Initial R&R re: DEF 2 motion to suppress mention at trial of a prior misdemeanor assault conviction be GRANTED. (66-4). Objections due 01/15/04. Reply due 01/22/04. cc: USA, cnsl, Judge |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE J03-0013--CR (RRB)
                              "USA V FRANCES ANN SHEAKLEY ET AL"

                                   For all filing dates

Document #    Filed      Docket text

   70 -  1   01/13/04   DEF 2 reply to opposition to DEF 2 motion to dismiss count one of the
                        indictment (66-1), DEF 2 motion to suppress evidence (66-2), DEF 2
                        motion to suppress any statments made by defendant (66-3), DEF 2 motion
                        to suppress mention at trial of a prior misdemeanor assault conviction
                        (66-4).

   71 -  1   01/26/04   [Re: DEF 2] RRB Minute Order denying motion to dismiss count one of the
                        indictment (66-1), motion to suppress evidence (66-2), motion to
                        suppress any statments made by defendant (66-3); granting motion to
                        suppress mention at trial of a prior misdemeanor assault conviction
                        (66-4).  The court adopts & accepts the MJ's initial R&R at dkt 69.  cc:
                        AUSA, D. Arganian, MJ Pallenberg

   72 -  1   01/29/04   DEF 3 Notice of Intent to change plea.

   73 -  1   01/29/04   {SEALED}

   74 -  1   01/29/04   {SEALED}

   75 -  1   01/30/04   [Re: DEF 3] RRB Minute Order setting PCOP for 02/13/04 at 11:00 a.m. in
                        Juneau, AK. cc: USA, FPD, USM, USPO, Judge Fitzgerald, MJ Pallenberg

   76 -  1   01/30/04   [Re: DEF 1] RRB Minute Order setting PCOP for 02/13/04 at 10:00 a.m. in
                        Juneau, AK before Judge Fitzgerald. cc: USA, Menendez, USM, USPO, Judge
                        Fitzgerald, MJ Pallenberg

   77 -  1   02/02/04   {SEALED}

   78 -  1   02/03/04   {SEALED}

   79 -  1   02/03/04   {SEALED}

   79 -  2   02/03/04   {SEALED}

   79 -  3   02/04/04   {SEALED}

   80 -  1   02/04/04   DEF 4 Attorney Appearance of David R. Weber.

   81 -  1   02/04/04   {SEALED}

   82 -  1   02/05/04   {SEALED}

   83 -  1   02/05/04   {SEALED}

   84 -  1   02/06/04   {SEALED}

 NOTE - 11   02/09/04   {SEALED}

   83 -  2   02/09/04   {SEALED}

   85 -  1   02/09/04   {SEALED}

   86 -  1   02/09/04   DEF 2 Jury Instructions.

   87 -  1   02/10/04   [Re: DEF 2; 4] RRB Court Minutes [ECR: Caroline Edmiston] FPTC held
                        2/10/04.  Mr. Russo to work on documents & issues requested by defense
                        counsel. cc: F. Russo, D. Arganian, D. Weber
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE J03-0013--CR (RRB)
                        "USA V FRANCES ANN SHEAKLEY ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 88 - 1 | 02/10/04 | DEF 4 motion on shortened time to quash defendant's subpoenas to Federal Agents. |
| 89 - 1 | 02/10/04 | [Re: DEF 3] PLF 1 Notice of filing related Information in J04-001 CR (RRB).  A COP is set for 2/13/04. |
| 90 - 1 | 02/10/04 | PLF 1 Trial Brief. |
| 91 - 1 | 02/10/04 | PLF 1 Proposed Jury Instructions. |
| 92 - 1 | 02/10/04 | PLF 1 Proposed Voir Dire. |
| 93 - 1 | 02/11/04 | [Re: DEF 2; 4] PLF 1 Notice of intent to use digital evidenc presentation system. |
| 94 - 1 | 02/11/04 | DEF 4 opposition to DEF 4 motion on shortened time to quash defendant's subpoenas to Federal Agents (88-1). |
| 95 - 1 | 02/12/04 | [Re: DEF 4] PLF 1 Notice of filing related information. |
| 96 - 1 | 02/12/04 | [Re: DEF 4] PLF 1 Notice of w/d of its mot on shortened time to quash def's subpoenas to Federal Agents. |
| 96 - 2 | 02/12/04 | [Re: DEF 4] Clerk's Notice withdrawing motion on shortened time to quash defendant's subpoenas to Federal Agents (88-1). |
| 96A- 1 | 02/12/04 | {SEALED} |
| 96A- 2 | 02/12/04 | {SEALED} |
| 97 - 1 | 02/13/04 | DEF 2 Response to evidentiary issues raised  in government's trial brief. |
| 98 - 1 | 02/13/04 | [Re: DEF 4] CJA appointment of D. Weber. |
| 99 - 1 | 02/19/04 | {SEALED} |
| 100 - 1 | 02/19/04 | [Re: DEF 1] RRB Minute Order re: IOS is set for 4/26/04 at 10:00 a.m. in Juneau.  cc: AUSA, L. Menendez, USM, USPO |
| 101 - 1 | 02/19/04 | [Re: DEF 2] RRB Court Minutes [ECR: Denali Elmore] TBJ Day 1 (held 2/17/04). Jury selected. Court to reconvene 2/18/04 at 8:30 a.m. cc: USA, cnsl |
| 102 - 1 | 02/19/04 | [Re: DEF 2] RRB Court Minutes [ECR: Denali Elmore] TBJ Day 2 (held 2/18/04): Def motion to dismiss DENIED. Court to reconvene 2/19/04 at 8:30 a.m. cc: USA, cnsl |
| 103 - 1 | 02/19/04 | [Re: DEF 2] RRB Court Minutes [ECR: Denali Elmore] TBJ Day 3 (held 2/29/04): Closing arguments heard. Jury dekuberated.  Verdict published. Def found guilty on Ct I of Indictment. Jury polled. Def cnsl request IOS be in Anchorage taken under advisement. Def request to continue release denied; remanded to custody of USM w/recommendation to be incarcerated in Anchorage.  Def motion to set jury verdict denied. IOS set for4/26/04 at 11:00 a.m. in Juneau. cc: USA, cnsl, USM |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE J03-0013--CR (RRB)
                             "USA V FRANCES ANN SHEAKLEY ET AL"

                                    For all filing dates


 Document #    Filed       Docket text

   104 -   1   02/19/04    [Re: DEF 2] Verdict.

   105 -   1   02/19/04    [Re: DEF 2] Jury Instructions.

   106 -   1   02/20/04    [Re: DEF 2] RRB Minute Order that Richard Sheakley Jr. is to be
                           sentenced in this matter in Juneau, Ak on 4/26/04.  Therefore a
                           pre-sentence investigation and report is hereby ordered.  cc: AUSA, D.
                           Arganian, USM, USPO

   107 -   1   03/04/04    [Re: DEF 1] RRB Minute Order that the IOS set for 4/26/04 is vacated and
                           reset for 5/6/04 at 2:00 p.m. in Juneau, Ak. before Judge Fitzgerald.
                           cc: ASUA, L. Menendez, USM, USPO, Judge Fitzgerald

   108 -   1   04/01/04    [Re: DEF 2] RRB Minute Order the IOS set 4/26/04 is vacated and reset
                           for 5/7/04 at 10:30 a.m. in Juneau, AK. before Judge Fitzgerald.  cc:
                           AUSA, D. Arganian, USM, USPO, MJ Pallenberg, Judge Fitzgerald

   109 -   1   04/07/04    {SEALED}

   110 -   1   04/14/04    [Re: DEF 4] JMF Order granting mot for authorization of services (CJA
                           21) in the amount of $987 (109-1). cc: FPD (CJA Clerk)

   111 -   1   04/23/04    DEF 1 motion (ex parte) for authorization of services w/att CV.

   112 -   1   04/27/04    {SEALED}

   112 -   2   04/27/04    {SEALED}

   113 -   1   04/29/04    {SEALED}

   114 -   1   04/29/04    {SEALED}

   115 -   1   04/30/04    [Re: DEF 2] PLF 1 Sentencing Memorandum.

   112 -   3   05/03/04    {SEALED}

   116 -   1   05/04/04    [Re: DEF 1] JMF Minute Order vacating IOS set for 05/06/04 and resetting
                           for 06/04/04 at 10:00 a.m. in Juneau, Alaska. cc: USA, L. Menendez, USM,
                           USPO, MJ Pallenberg, Judge Beistline

   117 -   1   05/04/04    [Re: DEF 2] JMF Minute Order vacating IOS set for 05/07/04 and resetting
                           to 06/04/04 at 11:00 a.m. in Juneau, Alaska. cc: USA, D. Arganian, USM,
                           USPO, MJ Pallenberg, Judge Beistline

   118 -   1   05/04/04    DEF 1 Sentencing Memorandum.

   119 -   1   05/05/04    DEF 2 Sentencing Memorandum.

   120 -   1   05/06/04    {SEALED}

   121 -   1   05/07/04    [Re: DEF 1] JMF Minute Order that IOS previously set for 06/04/04 is
                           vacated and reset for 05/12/04 at 10:00 a.m. in Anchorage. cc: USA, L.
                           Menendez, USM, USPO, MJ Pallenberg, Judge Beistline

   122 -   1   05/11/04    DEF 1 Notice of confidential document.
```

Case 1:03-cr-00013-RRB    Document 161    Filed 09/17/2003    Page 14 of 16

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE J03-0013--CR (RRB)
"USA V FRANCES ANN SHEAKLEY ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 123 - 1 | 05/11/04 | {SEALED} |
| 124 - 1 | 05/13/04 | {SEALED} |
| 125 - 1 | 05/14/04 | [Re: DEF 4] JWS Judgment of Discharge dism w/prej ct 1S of SIndt (35-1). USA, D. Weber, Def w/cnsls cy, USM, USPO, MJ Pallenberg |
| 126 - 1 | 05/14/04 | {SEALED} |
| 127 - 1 | 05/14/04 | {SEALED} |
| 128 - 1 | 05/14/04 | {SEALED} |
| 129 - 1 | 05/14/04 | {SEALED} |
| 130 - 1 | 05/24/04 | [Re: DEF 2] RRB Minute Order that the IOS set before Judge Fitzgerald will now be before Judge Beistline in Anchorage on 06/04/04 at 10:00 a.m. cc: USA, D. Arganian, USM, USPO, Judge Fitzgerald, MJ Pallenberg |
| 131 - 1 | 05/26/04 | DEF 2 motion to withdraw as attorney of record after sentencing. |
| 132 - 1 | 05/28/04 | {SEALED} |
| 132 - 2 | 06/02/04 | {SEALED} |
| 133 - 1 | 06/03/04 | USM Return of svc of writ of HC Ad Prosequendum re: DEF 1 executed on 9/30/03. |
| 134 - 1 | 06/04/04 | [Re: DEF 2] RRB Court Minutes [ECR: Denali Elmore] IOS held 6/4/04. Impriosnment for a term of 46 months w/recommendations. SR 3 years w/special conditions. SA $100.00. Def remanded to the custody of the USM. Def cnsl's mot to w/draw after IOS granted contingent on cnsl filing a notice of appeal on behalf of the def and contacting FPD to help coordinate oppointed cnsl. |
| 134A- 1 | 06/04/04 | DEF 2 appeal to 9CCA of (134-1) filed 06/04/04. cc: F. Russo, D. Arganian. H. Fleischer, Judge Beistline, 9CCA, USM, USPO |
| 135 - 1 | 06/04/04 | [Re: DEF 2] RRB Order granting motion to withdraw as attorney of record after sentencing and appoint new CJA counsel (131-1). cc: F. Russo, D. Arganian, FDP CJA Clerk |
| 136 - 1 | 06/07/04 | [Re: DEF 2] RRB Judgment found guilty on count(s) 1S of document (35-1). Imprisonment for a term of 46 months w/recommendations. Def remanded to the custody of the USM. SR 3 years w/special conditions. SA $100.00. cc: AUSA, D. Arganian, USM, USPO, MJ Pallenberg, Finance, FLU, Def w/cnsl cy |
| 137 - 1 | 06/10/04 | {SEALED} |
| 138 - 1 | 06/14/04 | [Re: DEF 2] Cy 9CCA Time Schedule Order. (134A-1) cc: F.Russo, H. Fleischer, 9CCA, ECR |
| NOTE - 12 | 06/16/04 | Transmittal: Forwarded notice of appeal to 9CCA. |
| 139 - 1 | 06/16/04 | [Re: DEF 2] PLF 1 CJA appointment of Hugh Fleischer. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE J03-0013--CR (RRB)
                          "USA V FRANCES ANN SHEAKLEY ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 140 - 1 | 06/28/04 | {SEALED} |
| 141 - 1 | 07/06/04 | [Re: DEF 1] Partial Transcript re: IOS held 6/4/04. |
| 140 - 2 | 07/07/04 | {SEALED} |
| 142 - 1 | 08/24/04 | {SEALED} |
| 142 - 2 | 08/26/04 | {SEALED} |
| 143 - 1 | 08/31/04 | {SEALED} |
| 143 - 2 | 09/01/04 | {SEALED} |
| 144 - 1 | 09/14/04 | DEF 2 Transcript Designation/Order Form re: notice of appeal (134A-1) w/order form. cc:ecr |
| 145 - 1 | 10/21/04 | [Re: DEF 2] Transcript Vol 1 TBJ Day 1 held 2/17/04 re: notice of appeal (134A-1) (located in expando) |
| 146 - 1 | 10/21/04 | [Re: DEF 2] Transcript Vol 2 TBJ Day 2 held 2/18/04 re: notice of appeal (134A-1) (located in expando) |
| 147 - 1 | 10/21/04 | [Re: DEF 2] Transcript Vol 3 TBJ Day 3 held 2/19/04 re: notice of appeal (134A-1) (located in expando) |
| 148 - 1 | 10/21/04 | [Re: DEF 2] Partial Transcript IOS held 6/4/04 re: notice of appeal (134A-1) (located in expando) |
| 149 - 1 | 10/29/04 | {SEALED} |
| 149 - 2 | 11/02/04 | {SEALED} |
| 150 - 1 | 12/27/04 | {SEALED} |
| 150 - 2 | 12/27/04 | [Re: DEF 4] RRB Order granting motion for approval of CJA 21 voucher in the amount of $987.00 on behalf of T. Burke Wonnell (150-1).  cc: FPD (CJA Clerk), T. Wonnell |
| 151 - 1 | 06/03/05 | [Re: DEF 2] cy 9CCA Certificate of Record. (134A-1) cc: cnsl |
| 152 - 1 | 08/16/05 | [Re: DEF 2] RRB Order upon remand and request for briefing.  The parties submit briefing on the sentencing issue as stated.  If def does not wish to be re-sentenced, he shall notify the court and government by 8/29/05, and no further action will be taken.  Otherwise the parties shall have until 9/9/05 to file their briefs.  cc: AUSA, |
| 153 - 1 | 08/30/05 | DEF 2 motion for continuance to 8/31 to brief resentencing. |
| 154 - 1 | 08/31/05 | [Re: DEF 2] RRB Order granting motion for continuance to 8/31 to brief resentencing (153-1). cc: USA, H. Fleischer |
| 155 - 1 | 08/31/05 | DEF 2 Response to Remand Order. |
| 156 - 1 | 09/09/05 | DEF 2 opposition to new sentencing hearing. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE J03-0013--CR (RRB)
                        "USA V FRANCES ANN SHEAKLEY ET AL"

                               For all filing dates


 Document #    Filed      Docket text

   157 -  1    09/19/05   [Re: DEF 2] RRB Sentencing order upon remand.  There is no need to
                          conduct another sentencing hearing in this matter.  The sentence
                          previously imposed shall stand. Def may appeal this order.  No separate
                          judgment will be entered.  If def cannot afford to appea, the clerk of
                          court can, at def's request prepare and file a notice of appeal on defs
                          behalf.   An appeal must be file w/in 10 days. cc: AUSA, H. Fleischer,
                          USM, USPO, Appeals Clerk, 9CCA

   158 -  1    11/21/05   {SEALED}

   158 -  2    11/23/05   {SEALED}

   159 -  1    12/02/05   {SEALED}

   160 -  1    12/08/05   DEF 1 motion (ex parte) for approval of CJA 21 voucher in the on behalf
                          of L. Menendes for pmt to Debra Schorr in the amt of $143.33 for
                          investigative services.

   159 -  2    12/09/05   {SEALED}

   160 -  2    12/12/05   {SEALED}

   161 -  1    12/13/05   {SEALED}

   161 -  2    12/16/05   {SEALED}
```